IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| AARON MOORE; and TONYA MOORE, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:21-cv-315 |
| v. | |
| LEDRA MARINE, S.A., | |
| Defendant. | |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal With Prejudice, signed and filed by counsel for Plaintiffs and counsel for Defendant on January 3, 2024, wherein the parties indicate they stipulate to the dismissal, with prejudice, of Plaintiff's Complaint, with each party to bear its own attorneys' fees, expenses, and costs.  (Doc. 90.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 5th day of January, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA